# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 11-2057-DDP (PLA)                                      Date January 24, 2012

Title:  Earl H. Bond v. West Valley Detention Center, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANTS:
              NONE                                            NONE

PROCEEDINGS:        ( IN CHAMBERS)

The Court, having reviewed the Complaint in this action, **hereby orders plaintiff to show cause, no later than February 15, 2012**, why this action should not be consolidated with the complaint in Bond v. Arrowhead Regional Medical Center, et al., CV 11-2049-DDP (PLA), as both actions involve allegations of inadequate medical care arising from plaintiff's arrest on November 17, 2010.  Plaintiff is advised that his failure to timely respond to this order to show cause shall result in the consolidation of these two actions.


cc:     Earl H. Bond, Pro Se


Initials of Deputy Clerk      ch